UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:19-CR-00077-02** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WILLIAM FREEMAN (02)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 114], and in the transcript previously filed herein [Doc. 118], and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. 114], the Court concurs with the findings of the Magistrate Judge under applicable law. Accordingly,

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **WILLIAM FREEMAN** on March 10, 2020, before Magistrate Judge Kathleen Kay is **ACCEPTED** by the Court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED** in Chambers on this 25th day of March, 2020.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE